IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MINISTER RICKEY WILSON**                                                **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO: 3:07cv00014(TSL)(LRA)**

**OFFICER JAMES PATRICK**                                      **DEFENDANTS**

## **ORDER OF DISMISSAL**

Pursuant to a Stipulation of Dismissal filed by Plaintiff Minister Rickey Wilson, and Defendant Officer Jamie Patrick, with the Clerk of the Court in Civil Action No. 3:07cv00014(TSL)(LRA), and as further evidenced by the signatures of their duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that Plaintiff's claims against the Defendant should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against the Defendant are dismissed in their entirety with prejudice.

SO ORDERED, this the 29th day of October, 2009.

                                               /s/Tom S. Lee
                                               UNITED STATES DISTRICT COURT JUDGE

/s/Rickey Wilson
MINISTER RICKEY WILSON *Pro Se*


/s/Saundra Strong
GARY E. FRIEDMAN
SAUNDRA STRONG